Gregory N. Karasik (SBN 115834)
greg@karasiklawfirm.com
**Karasik Law Firm**
11835 W. Olympic Blvd. Ste. 1275
Los Angeles, CA 90064
Tel (310) 312-6800
Fax (310) 943-2582

Attorneys for Plaintiff
HAROUT AKOPIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT AKOPIAN, individually and on behalf of other persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>VW CREDIT, INC., a Delaware corporation; and DOES 1 through 10.<br><br>　　　　　　Defendants. | Case No. 12-cv-08679-BRO-RZx<br><br>**STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Assigned to the Honorable Beverly Reid O'Connell |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-1, Plaintiff Harout Akopian and Defendant VW Credit, Inc. hereby stipulate to the dismissal of the above-titled action without prejudice. Each party shall bear his/its own costs and fees.

Dated: November 19, 2013     KARASIK LAW FIRM

By:  /s/ Gregory N. Karasik
     Gregory N. Karasik
     Attorneys for Plaintiff Harout Akopian

Dated: November 19, 2013     REED SMITH LLP

By:  /s/ Feather D. Baron
     Feather D. Baron
     Attorneys for Defendant VW Credit, Inc.