1   Gregory N. Karasik (SBN 115834)
    greg@karasiklawfirm.com
2   **Karasik Law Firm**
    11835 W. Olympic Blvd. Ste. 1275
3   Los Angeles, CA 90064
    Tel (310) 312-6800
4   Fax (310) 943-2582

5   Attorneys for Plaintiff
    HAROUT AKOPIAN

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  HAROUT AKOPIAN, individually        Case No. 12-cv-08679-BRO-RZx
    and on behalf of other persons
    similarly situated,                 **ORDER OF DISMISSAL OF ACTION**
12                                      **WITHOUT PREJUDICE**
                    Plaintiff,
13
                    vs.                 Assigned to the Honorable
14                                      Beverly Reid O'Connell
    VW CREDIT, INC., a Delaware
15  corporation; and DOES 1 through 10.

16                  Defendants.

17

18

19              **[PROPOSED] ORDER OF DISMISSAL**

20

21        Based on the Stipulation of the parties and for good cause shown, the Court

22  hereby dismisses the above-captioned action in its entirety, without prejudice.  Each

23  party shall bear his/its own costs and fees.  The Clerk shall close this file.
    **IT IS SO ORDERED.**
24
    Dated:  November 20, 2013
25
                                By: _____
26
                                    HON. BEVERLY REID O'CONNELL
27                                  United States District Court Judge

28

                                        1
        ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE – Case No. 12-cv-08679-BRO-RZx